**IN RE: C.P.W., et al., minors,**

**Appeal of: C.W.**

**241 WDA 2017**

Superior Court of Pennsylvania.

05/15/2017

CP–02–AP–0000027–2015
(Allegheny)

Affirmed

**IN RE: C.P.W., et al., Minors,**

**Appeal of: C.W.**

**242 WDA 2017**

Superior Court of Pennsylvania.

05/15/2017

CP–02–AP–0000025–2015, CP–02–AP–0000026–2015, CP–02–AP–0000027–2015, CP–02–AP–0000070–2016 (Allegheny)

Affirmed

**IN RE: C.P.W., et al., minors,**

**Appeal: of C.W.**

**243 WDA 2017**

Superior Court of Pennsylvania.

05/15/2017

CP–02–AP–0000025–2015
CP–02–AP–0000026–2015

CP–02–AP–0000027–2015
CP–02–AP–0000070–2016

(Allegheny)

Affirmed

**IN RE: C.P.W., et al., minors,**

**Appeal of: C.W.**

**244 WDA 2017**

Superior Court of Pennsylvania.

05/15/2017

CP–02–AP–0000070–2016 (Allegheny)

Affirmed

**IN RE: C.P.W., et al., minors,**

**Appeal of: C.C.**

**276 WDA 2017**

Superior Court of Pennsylvania.

05/15/2017

CP–02–AP–0000025–2015

CP–02–AP–0000026–2015

CP–02–AP–0000027–2015